UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## UNITED STATES v. GEORGE CHEEK D/O/B 01/07/1983 SBI#: 468729C

------------------------------------------------------------------------------------------------

### PETITION FOR
### WRIT OF HABEAS CORPUS

1. GEORGE CHEEK, (D/O/B 01/07/1983) is now confined at Hudson County Jail, 35 Hackensack Avenue, Kearney, New Jersey 07032.

2. Said individual will be required at Newark, New Jersey, before the Hon. Katharine S. Hayden, United States District Judge, **on Wednesday, November 2nd, 2011, at 11:30 a.m.**, for a **Bail Hearing**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: October 26th, 2011

_____
ADAM N. SUBERVI
ASSISTANT U.S. ATTORNEY

------------------------------------------------------------------------------------------------

### ORDER

Let the Writ Issue.

DATED: 10/26, 2011

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

------------------------------------------------------------------------------------------------

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Hudson County Jail, Kearney, New Jersey

WE COMMAND YOU that you have the body of

### GEORGE CHEEK

now confined at the Hudson County Correctional Facility, Kearney, New Jersey, be brought before the United States District Court, the Hon. Katharine S. Hayden, Frank R. Lautenberg U.S. Post Office and Courthouse, Federal Square, Newark, New Jersey 07101, on Wednesday, November 2nd, 2011, at 11:30 a.m., so that he may appear for a **Bail Hearing** in the above-captioned matter.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED: 10/26/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk

**NOTE:** *USMS, PLEASE CALL PRISON TO CONFIRM*