UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Crim. No. 11-571 (KSH) |
| GEORGE CHEEK | : | <u>TRIAL CONTINUANCE ORDER</u> |

The Court having held a telephonic status conference in this matter, and based on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Adam N. Subervi, Assistant U.S. Attorney, appearing), and defendant George Cheek, Anthony Mack, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to attempt plea negotiations and prepare for trial, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both sides are continuing plea negotiations, which, if successful, would render trial of this matter unnecessary; additionally, if negotiations are unsuccessful, both sides require additional time to prepare for trial;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, on this ___ day of June, 2012,

IT IS ORDERED that this action be, and hereby is, continued for a period from the date of this Order through and including October 1, 2012; and it is further

ORDERED that the period from the date of this Order through and including October 1, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calender for this matter shall be revised as follows:

Joint voir dire is due from both parties no later than:
September 14, 2012

Pretrial Conference will be held on:
September 18, 2012 at 11:30 a.m.

Trial shall commence on:
October 1, 2012 at 9:00 a.m.

_____
HON. KATHARINE S. HAYDEN
United States District Judge


Form and entry
consented to:

_____
ADAM N. SUBERVI
Assistant U.S. Attorney

_____
ANTHONY MACK
Counsel for defendant GEORGE CHEEK